UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/2/2026

------------------------------------------------------------------- X
                                                                   :
CESAR LOPEZ VARGAS,                                                 :
                                                                   :
                                        Petitioner,    :               1:26-cv-5630-GHW
                                                                   :
                    -v-                                :               ORDER
                                                                   :
KENNETH GENALO, *et al.*,                                           :
                                                                   :
                                        Respondents.  :
                                                                   :
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

Petitioner has filed a Petition for the writ of *habeas corpus* under 28 U.S.C. § 2241.  The Court, having examined the Petition, hereby ORDERS that:

(1) Within **three business days of the date of this order**, Respondents shall file a letter with the following information:

   a. whether Petitioner was, as the Petition alleges, *see* ECF No. 1 ¶ 75, located in the Southern District of New York at the time that the Petition was filed and, if not, what District Petitioner was in at the time of filing and whether the Petition should be immediately transferred to that District, *see, e.g.*, *Öztürk v. Hyde*, 136 F.4th 382, 391-92 (2d Cir. 2025); *Khalil v. Joyce*, 771 F. Supp. 3d 268 (S.D.N.Y. 2025);

   b. Petitioner's A-number, current place of detention, and a contact person who can facilitate prospective counsel's access to Petitioner;

   c. the statutory provision(s) under which Respondents assert the authority to detain Petitioner;

   d. a copy of any final order of removal; and

   e. any information regarding the procedural posture of any pending Department of Homeland Security or Executive Office for Immigration Review proceedings.

(2) Unless and until the Court orders otherwise, Respondents shall file an answer to the Petition within **fourteen business days of the date of this order**; and

(3) Unless and until the Court orders otherwise, Petitioner shall file any reply within **seven business days of the date of this order**.

The Court will hold a teleconference regarding the Petition on **July 9, 2026** at **3:00 p.m.** The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

**Moreover, in light of Petitioner's interests in participating in further proceedings before this Court and to facilitate resolution of the Petition and Petitioner's communications with counsel, Respondents shall not transfer Petitioner except to a facility within this District, the Eastern District of New York, or the District of New Jersey absent further order of this Court.** *See, e.g.*, *Perez y Perez v. Noem*, No. 25-CV-4828, 2025 WL 1908284, at *2–3 (S.D.N.Y. June 13, 2025) (enjoining a *habeas* petitioner's transfer pending adjudication of his petition); *see also, e.g.*, *Arostegui-Maldonado v. Baltazar*, No. 25-CV-2205, 2025 WL 2280357, at *14–16 (D. Colo. Aug. 8, 2025) (same); *Oliveros v. Kaiser*, No. 25-CV-7117, 2025 WL 2677125, at *8–9, *11 (N.D. Cal. Sept. 18, 2025) (same).

If this case has been settled or otherwise terminated, the parties are not required to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the date of the conference, using the appropriate ECF Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17–13.19 & App'x A, *available at* http://nysd.uscourts.gov/ecf_filing.php.

## CONCLUSION

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this order.

2

Within **three business days of the date of this order**, Respondents shall file a letter with the Court with the information described in this order.  Respondents shall file an answer to the Petition within **fourteen business days of the date of this order.**  Petitioner shall file any reply within **seven business days of the date of this order.**

The parties shall appear for a teleconference regarding the Petition on **July 9, 2026** at **3:00 p.m.**

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 2.

SO ORDERED.

Dated:   July 2, 2026
          New York, New York

_____
GREGORY H. WOODS
United States District Judge

3