USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 7/8/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

CESAR LOPEZ VARGAS,

Petitioner,

-v-

KENNETH GENALO, *et al.*,

Respondents.

---------------------------------------------------------------- X

1:26-cv-5630-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

Petitioner has filed a Petition for the writ of *habeas corpus* under 28 U.S.C. § 2241. Dkt. No. 1 (the "Petition"). Earlier today, the United States filed a letter informing the Court that Petitioner is currently in the custody of the United States Marshals Service pending prosecution for two criminal charges. Dkt. No. 5; *see also United States v. Lopez Vargas*, 7:26-mj-2664, Crim. Dkt. No. 2.

The Court has scheduled a conference in this case for July 9, 2026 at 3:00 p.m. *See* Dkt. No. 3. Given Petitioner's detention as a result of the pending criminal charges—which appears to constitute a material difference from the factual predicate of the Petition as filed—it may be that Petitioner will not wish to pursue the Petition at this time. In the event that Petitioner files a stipulation of dismissal of the Petition prior to 2:00 p.m. on July 9, 2026, the scheduled conference will be adjourned without further action by the Court. Otherwise, the conference will proceed as scheduled.

SO ORDERED.

Dated: July 8, 2026
New York, New York

GREGORY H. WOODS
United States District Judge