USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/9/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMORANDUM ENDORSED**

x

CESAR AUGUSTO LOPEZ VARGAS,

Petitioner,

v. No. 26 Civ. 5630 (GHW)

KENNETH GENALO, et al.,

Respondents.

x

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

PLEASE TAKE NOTICE that Petitioner Cesar Augusto Lopez Vargas, by and through undersigned counsel, hereby voluntarily dismisses this habeas action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

This Notice is self-executing. No order of the Court is required. Respondents have not served an answer or a motion for summary judgment. Respondents have filed only a letter response to the Court's order. That filing does not prevent Petitioner from dismissing this action as of right under Rule 41(a)(1)(A)(i).

This dismissal is without prejudice to Petitioner's right to seek any appropriate future relief, including but not limited to habeas relief, injunctive relief, a petition for review, a stay of removal, or any other remedy if Petitioner is returned to ICE custody, if Respondents seek to detain him under 8 U.S.C. § 1231, if Respondents seek to execute or rely upon the purported reinstatement of removal, or if other facts develop requiring judicial review.

All pending requests for relief in this action are withdrawn as moot in light of this voluntary dismissal, without prejudice to renewal in a proper future proceeding.

Dated: July 9, 2026
White Plains, New York

Respectfully submitted,

/s/ S. Michael Musa-Obregón
S. Michael Musa-Obregón, Esq.

Plaintiff has voluntarily dismissed this case without prejudice under F.R.C.P. 41(a)(1)(A)(i). The Clerk of Court is directed to terminate all pending motions and close this case.

SO ORDERED.

Dated: July 9, 2026
New York, New York

GREGORY H. WOODS
United States District Judge